AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Phillip Stewart Yarbrough, <br> *Plaintiff* <br> v. <br> Commissioner Social Security Administration, <br> *Defendant* | ) <br> ) <br> ) Civil Action No.   8:15-cv-04930-RBH <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell.

Date:   February 8, 2017                               *ROBIN L. BLUME, CLERK OF COURT*

                                                                     s/Ashley Buckingham, Deputy Clerk
                                                                     *Signature of Clerk or Deputy Clerk*