UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Phillip Stewart Yarbrough, | ) | Civil Action No.: 8:15-cv-04930-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Nancy A. Berryhill, Acting | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 9, 2017, Plaintiff filed a motion seeking attorney's fees and expenses pursuant to the Equal Access to Justice Act,[1] asserting the position taken by Defendant in this action was not substantially justified. *See* ECF No. 23. Plaintiff requested an award of attorney's fees in the amount of $4,656.94 and expenses in the amount of $16.00. *Id.* On May 12, 2017, Defendant filed a response to Plaintiff's motion stating she does not oppose payment of Plaintiff's requested amount of attorney's fees and expenses. *See* ECF No. 24.

After careful consideration, the Court **GRANTS** Plaintiff's motion [ECF No. 23] and **ORDERS** Defendant to pay attorney's fees in the amount of $4,656.94, subject to the Treasury Offset Program[2] if Plaintiff owes an outstanding debt to the federal government, and expenses in the amount of $16.00. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the attorney's fees shall be paid directly to Plaintiff and mailed to his attorney, with a copy sent to Plaintiff.

**IT IS SO ORDERED.**

---

[1] 28 U.S.C. § 2412(d).

[2] 31 U.S.C. § 3716.

May 15, 2017                                                s/ R. Bryan Harwell  
Florence, South Carolina                   R. Bryan Harwell  
                                                                   United States District Judge